In the Matter of the Accounting of JENNIE ALBANESE, as Guardian of WILLIAM ALBANESE.

WILLIAM ALBANESE, Appellant; WALTER A. FULLERTON, Respondent.

(Argued April 13, 1936; decided April 21, 1936.)

*Walter A. Fullerton* for motion.

*R. Emmet Mahoney* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.